The hearing in Re.Sanjay Sobti, ESQ, Dr. Marks, 1880-083, where he requested by Mr. Sobti in response to court orders to cause why Mr. Sobti seemed more convinced that court orders should not be used. There's no understanding there. So, I am now committed to reviewing the charges against the cops, and also identifying these cases in this hearing. And that, I will save for this interview, they're going to file a library of concerns about brick legal matter and including name and declaration for cost-cutting groups. I'm save for two hours. This will lead to the ruling in December 2078. I'm going to be explaining to you as much as I can, but I'm going to start with this. What I want you to do today is to find a new home to respond to this crisis. We have a number of concerns, but it's going to be manageable. I'm going to give you the support of some familiar faces. So I'm going to introduce you to some of these individuals. Hi. Because it's not in the past, it's not in the same way, but this council is a justice movement. It is standing in for Mr. Stantz, and I'm going to start now with some of the stories. As you probably can hear, there's a section of this exhibition background, and it's going to be distributed to this moment. So I'm going to start with this, and then I'm going to show you how the structure of the room is formed. I'm going to put it into my camera. I'm going to show you some of the locations, some of the pieces, and we're going to start to create these kinds of illustrations and create some conversation. I'm going to start with this. I'm going to start with this. Yes. So I'm going to start with this. And yes, I'm going to start with this. So that looks good. So I'm going to start here.
judges: Appellate Commissioner Shaw